IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| B-AIR, L.C., a Missouri Limited Liability Company,<br>   Plaintiff,<br>v.<br>AIRCRAFT MECHANICAL SERVICES, INC., a California Corporation,<br>   Defendant. | Case No.: 1:09-CV-00776-LJO-SMS<br><br>**ORDER AMENDING SCHEDULING CONFERENCE ORDER** |

## ORDER

Pursuant to the Joint Motion and Stipulation filed on behalf of the plaintiff B-Air, L.C. and the defendant Aircraft Mechanical Services, Inc. it is ORDERED that paragraph 7 E. of the Scheduling Conference Order be amended as follows:

The parties are directed to disclose all expert witnesses, in writing, on or before July 30, 2010, and all supplemental expert witnesses, in writing, on or before August 20, 2010.

All other terms and provisions of Paragraph 7 E. of the Scheduling Conference Order, which was entered on September 23, 2009, are unchanged and remain in full force and effect.

IT IS SO ORDERED.

Dated:  May 17, 2010       /s/ Sandra M. Snyder
                  UNITED STATES MAGISTRATE JUDGE

PDF created with pdfFactory trial version www.pdffactory.com