KEN BROCK  #158311
Attorney at Law
9511 Airport Drive
Visalia, CA  93277
Bus: 559.625.1529
Fax: 559.651.0705
kenbrock@live.com


Attorney for Defendant
AIRCRAFT MECHANICAL SERVICES, INC.

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| B-AIR, L.C. a Missouri Limited Liability Company, <br><br> Plaintiff, <br><br> vs. <br><br> AIRCRAFT MECHANICAL SERVICES, INC., a California Corporation, <br><br> Defendant. | CASE NO. 1:09-CV-00776-LJO-SMS <br><br> JOINT MOTION AND STIPULATION TO AMEND SETTLEMENT CONFERENCE ORDER PER THIS COURT'S ORDER ENTERED 9-21-10. |

**JOINT MOTION AND STIPULATION**

Based on this Court's Minute Order entered on September 21, 2010, Plaintiff B-Air, L.C., and Defendant Aircraft Mechanical Services, Inc. by and through their attorneys, jointly move and stipulate that this Court amend the Scheduling Conference Order based on the unavailability of a material defense expert, as follows:

   1. Designation of New Defense Aircraft Expert per F.R.Civ.P 26(a)(2)(A):  December 15, 2010;

   2. Deadline for New Defense Aircraft Expert Report: January 28, 2011;

   3. Deadline for Deposition of New Defense Aircraft Expert:  March 1, 2011;

   4. Settlement Conference: March 15, 2011;

5. Pre-Trial Conference: March 29, 2011;

6. Trial: June 6, 2011.

                                          Respectfully submitted,

                                          REID AXELROD, P.C.

DATED: September 22, 2010

                                          By:  */s/ Don Honigman*
                                          Donald Honigman, Esq. No: 106914
                                          Reid Axelrod
                                          315 Montgomery Street, Suite 800
                                          San Francisco, California 94104
                                          Telephone: (415)-451-3300
                                          Facsimile: (415)-451-3307
                                          dsh@rarmlaw.com

                                          NELSEN & LEE, P.C.

DATED: September 22, 2010

                                          By:  */s/ Paul Lee*
                                          Paul B. Lee No. 3658
                                          Leo W. Nelsen No. 3932
                                          1010 Market Street
                                          Suite 500
                                          St. Louis, Missouri 63101
                                          Tel: (314) 584-4569
                                          Fax: (314) 621-9802
                                          Plee@nlpc-law.com
                                          Lnelsen@nlpc-law.com
                                          Attorneys for Plaintiff

DATED: September 22, 2010

                                          By: */s/ Ken Brock*
                                          Ken Brock, CSBA No. 158311
                                          9511 Airport Drive
                                          Visalia, CA  93277
                                          Telephone: 559.625.1529
                                          Facsimile: 559.651.0705
                                          kenbrock@live.com

                                          Attorney for Defendant
                                          Aircraft Mechanical Services, Inc.

**ORDER**
**AMENDING SCHEDULING CONFERENCE ORDER PER ORDER FILED 9-21-10**

Pursuant to the Joint Motion and Stipulation filed on behalf of the plaintiff B-Air, L.C. and the defendant Aircraft Mechanical Services, Inc. based on this Court's Order entered September 21, 2010, and GOOD CAUSE APPEARING, it is ORDERED that the deadlines set forth in the Scheduling Conference Order be amended as follows:

1. The designation of a New Defense Aircraft Expert per F.R.Civ.P 26(a)(2)(A) shall be December 15, 2010;

2. The deadline for that New Defense Aircraft Expert Report shall be January 28, 2011;

3. The deadline for the deposition of that New Defense Aircraft Expert shall be March 1, 2011;

4. The Settlement Conference shall occur on March 29, 2011 at 10:30 before Judge Snyder;

5. The Pre-Trial Conference shall occur on April 28, 2011 at 8:30am before Judge O'Neill;

6. The Trial shall commence June 6, 2011 at 8:30am before Judge O'Neill.

7. All previously ordered dates and appearances in the Scheduling Conference Order in conflict with the above scheduling revision are vacated. All other terms and provisions of the Scheduling Conference Order are unchanged and remain in full force and effect.

DATED:  September 23, 2010

/s/ Lawrence J. O'Neill
Lawrence J. O'Neill
United States District Judge