# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| B-AIR, L.C.,<br><br>            Plaintiff,<br>     vs.<br>AIRCRAFT MECHANICAL<br>SERVICES, INC.,<br><br>            Defendant.<br>_____/ | CASE NO. CV F 09-0776 LJO SMS<br><br>**ORDER AFTER SETTLEMENT**<br>(Doc. 37.) |

Plaintiff's counsel notified this Court that settlement has been reached. Pursuant to this Court's Local Rule 160, this Court ORDERS the parties, **no later than June 27, 2011,** to file appropriate papers to dismiss or conclude this action in its entirety, or to show good cause why the action has not been dismissed.

This Court VACATES all pending dates and matters, including the May 11, 2011 settlement conference, May 27, 2011 motions in limine hearing, and June 6, 2011 trial.

Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. *See* Local Rules 160 and 272.

IT IS SO ORDERED.

**Dated:   May 11, 2011**                                 **/s/ Lawrence J. O'Neill**
                                                          UNITED STATES DISTRICT JUDGE