IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| B-AIR, L.C., a Missouri Limited Liability Company,<br><br>              Plaintiff,<br><br>      v.<br><br>AIRCRAFT MECHANICAL SERVICES, INC., a California Corporation,<br><br>              Defendant. | Case No.: 1:09-CV-00776-LJO-SMS<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

## ORDER

Pursuant to the Stipulation For Dismissal With Prejudice filed herewith on behalf of the plaintiff B-Air, L.C. and the defendant Aircraft Mechanical Services, Inc. it is ORDERED that the Plaintiff B-Air, L.C.'s causes of action against Defendant Aircraft Mechanical Services, Inc. are dismissed with prejudice, with each party to bear its own costs.

The clerk is directed to close this action.

IT IS SO ORDERED.

Dated:  **June 24, 2011**            **/s/ Lawrence J. O'Neill**
                                            UNITED STATES DISTRICT JUDGE